IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60491
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus

DONALD G. HOLMES, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:95-CR-48-5
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Donald G. Holmes appeals his sentence following a guilty plea conviction to exchanging and delivering a stolen U.S. Treasury check and to falsely representing a Social Security number to obtain money.  The district court did not err by denying Holmes a recommended reduction for acceptance of responsibility without providing Holmes with notice of the district court's intended actions prior to sentencing.  See United States v. Knight, 76 F.3d 86, 88-89 (5th Cir. 1996).

AFFIRMED.

Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.